**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jose Luis Nava Diaz, | No. CV-26-01937-PHX-JJT (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, *et al.*, | |
| Respondents. | |

Before the Court is the Report and Recommendation (Doc. 14, "R&R") entered in this matter by United States Magistrate Judge Michael T. Morrissey recommending that the Court deny and dismiss as moot the Petition Under 28 U.S.C. § 2241 (Doc. 1, "Petition"). In the R&R, Judge Morrissey advised the parties that they had 14 days from service of the R&R to file specific written objections to it. (R&R at 3.) Judge Morrissey further warned that "failure to timely file objections to [the R&R] may result in the acceptance of [the R&R] by the District Court without further review," and "failure to timely file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to [the R&R]." (R&R at 3.)

Nineteen days have elapsed since the Court mailed petitioner a copy of the R&R, and that mailing has since been returned as undeliverable because Petitioner is no longer in custody. The government confirmed in its Answer that Petitioner had been removed from the United States on April 17, 2026. (Doc. 12.)

Because of the sole relief sought in the Petition was release from custody, and that release has now occurred, the Court will adopt the R&R and dismiss this matter as moot.

**IT IS ORDERED** adopting the R&R at Doc. 14.

**IT IS FURTHER ORDERED** denying and dismissing as moot the Petition Under 28 U.S.C. § 2241 (Doc. 1). The Clerk of Court may terminate this matter.

Dated this 9th day of June, 2026.

Honorable John J. Tuchi
United States District Judge

- 2 -